UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KELLY SANTORO,<br><br>　　　　　Respondent. | No. 2:19-cv-0894 AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 13. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: September 11, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1